Kathleen C. Bricken, Esq. (State Bar No. 262835)
FOSTER GARVEY PC
Eleventh Floor
121 SW Morrison Street
Portland, Oregon 97204-3141
Telephone:  (503) 228-3939
Facsimile:  (503) 226-0259
Email:  kathleen.bricken@foster.com

Attorneys for Defendants Amazing Hospitality Group, LLC, and Arizona Garden Hotel, LLC

UNITED STATES DISTRICT COURT

EASTERNDISTRICT OF CALIFORNIA

| Le Garden HB LLC and Brent Wei-Teh Lee, | Case No. 2:22-mc-00279-KJM-AC |
|---|---|
| Plaintiffs, | **ORDER FOR APPEARANCE AND EXAMINATION OF BRENT WEI-TEH LEE** |
| v. | |
| Amazing Hospitality Group, LLC, and Arizona Garden Hotel, LLC, | -Enforcement of Judgment<br>-Judgement Debtor |
| Defendants. | |

**TO:   Brent Wei-Teh Lee**

**YOU ARE ORDERED TO APPEAR** personally before this court, or before a referee appointed by the court, to furnish information to aid in the enforcement of a money judgment against you.

**DATE:** **January 18, 2023**
**TIME:** **10:00 A.M.**
**PLACE:** **United States District Court, Eastern District of California**
**Courtroom 26, 8th Floor**
**501 "I" Street**
**Sacramento, CA  95814**

The examination will be in the noted courtroom and counsel for the creditor will arrange to appear via Zoom.

- 1 -

ORDER FOR APPEARANCE AND EXAMINATION

FG: 100781131.1

1 | This order may be served by a sheriff, marshal, registered process server, or the following specially appointed personal *(name)*:

Date: November 22, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Presented by:

FOSTER GARVEY PC

By: *s/ Kathleen C. Bricken*
     Kathleen C. Bricken
Attorneys for Defendants Amazing Hospitality Group, LLC, and Arizona Garden Hotel, LLC