Kathleen C. Bricken, Esq. (State Bar No. 262835)
FOSTER GARVEY PC
Eleventh Floor
121 SW Morrison Street
Portland, Oregon 97204-3141
Telephone:  (503) 228-3939
Facsimile:  (503) 226-0259
Email:  kathleen.bricken@foster.com

Attorneys for Defendants Amazing Hospitality Group, LLC, and Arizona Garden Hotel, LLC

UNITED STATES DISTRICT COURT

EASTERNDISTRICT OF CALIFORNIA

| Le Garden HB LLC and Brent Wei-Teh Lee,<br><br>Plaintiffs,<br><br>v.<br><br>Amazing Hospitality Group, LLC, and Arizona Garden Hotel, LLC,<br><br>Defendants. | Case No. 2:22-mc-00279-KJM-AC<br><br>**ORDER FOR APPEARANCE AND EXAMINATION OF LE GARDEN HB LLC**<br><br>-Enforcement of Judgment<br>-Judgement Debtor |
|---|---|

**TO:    Le Garden HB LLC**

**YOU ARE ORDERED TO APPEAR** personally before this court, or before a referee appointed by the court, to furnish information to aid in the enforcement of a money judgment against you.

**DATE:** **January 18, 2023**
**TIME:** **10:00 A.M.**
**PLACE:** **United States District Court, Eastern District of California**
**Courtroom 26, 8th Floor**
**501 "I" Street**
**Sacramento, CA  95814**

The examination will be in the noted courtroom and counsel for the creditor will arrange to appear via Zoom.

- 1 -

ORDER FOR APPEARANCE AND EXAMINATION

FG: 100781385.1

This order may be served by a sheriff, marshal, registered process server, or the following specially appointed personal *(name)*:

Date: November 22, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Presented by:

FOSTER GARVEY PC

By: *s/ Kathleen C. Bricken*
    Kathleen C. Bricken
Attorneys for Defendants Amazing Hospitality Group, LLC, and Arizona Garden Hotel, LLC