Kathleen C. Bricken, Esq. (State Bar No. 262835)
FOSTER GARVEY PC
Eleventh Floor
121 SW Morrison Street
Portland, Oregon 97204-3141
Telephone:  (503) 228-3939
Facsimile:   (503) 226-0259
Email:        kathleen.bricken@foster.com

Attorneys for Defendants/Judgment Creditors
Amazing Hospitality Group, LLC, and Arizona
Garden Hotel, LLC

UNITED STATES DISTRICT COURT

EASTERNDISTRICT OF CALIFORNIA

| | |
|---|---|
| Le Garden HB LLC and Brent Wei-Teh Lee,<br><br>Plaintiffs,<br><br>v.<br><br>Amazing Hospitality Group, LLC, and Arizona Garden Hotel, LLC,<br><br>Defendants. | Case No. 2:22-mc-00279-KJM-AC<br><br>**ORDER FOR APPEARANCE AND EXAMINATION OF THIRD PARTY AGAPE CPA FIRM**<br><br>Magistrate Judge Allison Claire<br><br>Third-Party Examination for Enforcement of Judgment<br><br>**CCP §§ 187; 708.110; 708.120; 708.130** |

**TO:  Agape CPA Firm**
     **10430 S. De Anza Blvd., Suite #280**
     **Cupertino, CA 95014**

   **YOU ARE ORDERED TO APPEAR** personally before this court, or before a referee appointed by the Court, to provide information to aid in the enforcement of a money judgment against Judgment Debtors Le Garden HB LLC and Brent Wei-Teh Lee.

   **DATE:**         **January 25, 2023**
   **TIME:**          **10:00 A.M.**
   **PLACE:**       **United States District Court, Eastern District of California**
                        **Courtroom 26, 8th Floor**
                        **501 "I" Street**
                        **Sacramento, CA  95814**

- 1 -

ORDER FOR APPEARANCE AND EXAMINATION

FG: 100834583.1

The examination will be in the noted courtroom and counsel for the creditor will arrange to appear via Zoom. A court reporter will be in attendance to transcribe the proceedings.

This order may be served by a sheriff, marshal, registered process server, or the following specially appointed personal *(name)*: _____. Mileage and witness fees in the amount of $49.60 and $35, respectively, are hereby tendered simultaneously with service of this Order.

Date: January 4, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Presented by:

FOSTER GARVEY PC

By: /s/ *Kathleen C. Bricken*
    Kathleen C. Bricken
Attorneys for Defendants/Judgment Creditors
Amazing Hospitality Group, LLC and Arizona Garden Hotel, LLC